IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:20-CR-00245-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| versus | ) |
| | ) |
| JOSHUA MATTHEWS HOUCHINS | ) |

**ORDER TO SEAL**

The Clerk is hereby directed to place [DE 79 ] and [DE 80 ] under the seal of the court pending further orders.

This, the 2 day of March, 2022.

_____
**James C. Dever III**
**United States District Judge**